IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LATOYA NORRIS**                                                    **PLAINTIFF**

v.                              No. 4:25-cv-511-DPM

**SOCIAL SECURITY
ADMINISTRATION, Commissioner**                      **DEFENDANT**

ORDER

Unopposed recommendation, *Doc. 10*, adopted. Fed. R. Civ. P. 72(b)(1983 addition to advisory committee notes). Substantial evidence supports the ALJ's decision; and the Court sees no error of law. *Sloan v. Saul*, 933 F.3d 946, 949 (8th Cir. 2019). Norris's complaint will therefore be dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

9 December 2025