IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LATOYA NORRIS                                                                PLAINTIFF

v.                            No. 4:25-cv-511-DPM

SOCIAL SECURITY
ADMINISTRATION, Commissioner                        DEFENDANT

## JUDGMENT

Norris's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

9 December 2025